IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY THOMAS           : | |
|     Petitioner     : | Civil Action No. 1:13-cv-2569 |
|                           : | |
| v.           : | (Judge Kane) |
|           : | |
| MONICA RECKTENWALD           : | (Magistrate Judge Schwab) |
|           : | |
|     Respondent     : | |

## ORDER

Before the Court in the above-captioned action is an October 30, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed. **ACCORDINGLY**, this 23rd day of November, 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

    1) The Court adopts the Report and Recommendation (Doc. No. 21) of Magistrate Judge Schwab.

    2) The Petition for Writ of Habeas Corpus (Doc. No. 1), is **DISMISSED** for failure to state a claim cognizable under 28 U.S.C. § 2241 without prejudice to Thomas to file a civil rights action.

    3) The Clerk of Court shall **CLOSE** this case.

    *S/ Yvette Kane*
    YVETTE KANE, District Judge
    United States District Court
    Middle District of Pennsylvania